BARTLETT, LEADER-PICONE & YOUNG, LLP
KAIPO K.B. YOUNG (State Bar No. 164718)
2201 BROADWAY, SUITE 803
OAKLAND, CA 94612
TELEPHONE: (510) 444-2404
FACSIMILE: (510) 444-1291

Attorneys for Secured Creditor
OPERATING ENGINEERS LOCAL UNION #3
FEDERAL CREDIT UNION

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>NELSON ERIC SOLBERG and ROSE ANN SOLBERG,<br><br>Debtors,<br><br>_____<br><br>OPERATING ENGINEERS LOCAL UNION #3 FEDERAL CREDIT UNION,<br><br>Creditor,<br><br>v.<br><br>NELSON ERIC SOLBERG and ROSE ANN SOLBERG,<br><br>Debtors.<br>_____ | No. 13-44360 RLE 13<br><br>Chapter 13<br><br><br><br><br><br>**STIPULATION RE RELIEF FROM THE AUTOMATIC STAY.** |

## **RECITALS**

1. Debtors Nelson Eric Solberg and Rose Ann Solberg filed their Chapter 13 Bankruptcy on July 30, 2013.

2. Debtors have an interest in a 2007 Weekend Warrior Trailer, VIN No. 5HRFF28367C019780 ("Trailer").

3. Secured Creditor Operating Engineers Local Union #3 Federal Credit Union (the "Credit Union") has a loan with debtors which is secured by the Trailer.

4. The debtors wish to surrender the Trailer and allow the Credit Union to take steps necessary to take possession of the Trailer, and thereafter, sell and dispose of the Vehicle commonly described as 2007 Weekend Warrior Trailer, VIN No. 5HRFF28367C019780 ("Trailer") under California law, and thereafter, apply the sale proceeds to the balance of its loan.

## **STIPULATION**

Secured Creditor Operating Engineers Local Union #3 Federal Credit Union and debtors Nelson Eric Solberg and Rose Ann Solberg, by and through their respective counsel, stipulate and agree to the following:

1. That the Automatic Stay in the above entitled proceeding is immediately vacated and extinguished to allow Secured Creditor to take all steps necessary to take possession of the Trailer, and thereafter, sell and dispose of the Vehicle commonly described as 2007 Weekend Warrior Trailer, VIN No. 5HRFF28367C019780 ("Trailer") under California law, and therefore apply the sale proceeds to the balance of its loan.

2. That the fourteen-day stay as provided by FRBP 4001(a)(3) is waived

DATED: August 20, 2013.                                   DATED: August 20, 2013.

Law Offices of Patrick L. Forte                           Bartlett, Leader-Picone & Young, LLP


BY: /s/ Anne Y. Shiau, Esq.                               BY: /s/ Kaipo K.B. Young, Esq.
    Anne Y. Shiau, Esq.                                     Kaipo K.B. Young, Esq.
    Attorneys for Debtors                                    Attorneys for Secured Creditor